IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT PERLOFF, | : | CIVIL ACTION |
| Plaintiff | : | NO. 10-1758 |
| | : | |
| v. | : | |
| | : | |
| DAVID STEIN, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 23rd day of February, 2011, upon review of Defendant Beth Stein's Motion to Dismiss [Doc. No. 20] and Plaintiff's reply thereto [Doc. No. 23], and the Motion to Dismiss filed by David Stein, Scott Stein, Mindi Stein and 1904 Chestnut Enterprises, Inc. [Doc. No. 24] and Plaintiff's reply thereto [Doc. No. 30], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

    1. Beth Stein's Motion to Dismiss is **GRANTED**;

    2. The Clerk of Court is **DIRECTED** to terminate Beth Stein as a party to this matter;

    3. The Motion to Dismiss claims against Mindi Stein is **GRANTED;**

    4. The Clerk of Court is **DIRECTED** to terminate Mindi Stein as a party to this matter;

    5. The Motion to Dismiss claims against David Stein, Scott Stein, and 1904 Chestnut Enterprises, Inc. is **GRANTED** as to the invasion of privacy claim (Count III) and **DENIED** as to the Federal Stored Communications Act claim (Count II).[1]

    6. The Court declines supplemental jurisdiction over all other claims alleged in the Amended Complaint, and accordingly Count I and Counts IV-XI are **DISMISSED.**

    **It is so ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  _____

                                                  **CYNTHIA M. RUFE, J.**

---

[1] The Court declines to issue a ruling as to Sean Stein while the case pending against him is stayed.